**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATOPATENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIPRO LIMITED and WIPRO INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-cv-00803<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Stratopatent LLC ("Plaintiff" or "Stratopatent") files this Original Complaint in the Eastern District of Texas (the "District") against Defendants Wipro Limited ("Wipro Limited") and Wipro Inc. ("Wipro Inc.") (collectively, "Defendants" or "Wipro") for infringement of Plaintiff's patents U.S. Patent No. 11,087,392, U.S. Patent No. 11,348,166, U.S. Patent No. 10,902,510, U.S. Patent No. 12,033,208, U.S. Patent No. 11,354,622, and U.S. Patent No. 11,307,149 (collectively referred to as the "Asserted Patents").

## THE PARTIES

1. Plaintiff Stratopatent LLC is a Texas limited liability company with its principal place of business located at 5900 Balcones Drive, Suite 100, Austin, TX 78731.

2. On information and belief, Defendant Wipro Limited is a public company organized under the laws of India, with its corporate headquarters and principal place of business located at Doddakannelli, Sarjapur Road, Bengaluru - 560035, Karnataka, India.

3. On information and belief, Defendant Wipro Inc. is a corporation organized under the laws of Delaware, with its principal place of business located at 2 Tower Center Blvd, Suite

2200, East Brunswick, NJ 08816. Defendant Wipro Inc. is a 100% owned subsidiary, agent, and alter ego of Wipro Limited and acts as its primary U.S. operating and IT services arm. For example, Wipro Inc. is registered to do business in the State of Texas (Texas SOS File No. 0801202173). Wipro also does business in Texas and the United States under the names "Wipro LLC" and "Wipro Technologies, Inc." and is the 100% owner of the Delaware entity "Wipro IT Services, LLC."

4. Wipro's corporate disclosures explain that Wipro's operations are organized into reportable business segments, primarily consisting of IT Services and IT Products. Wipro's IT Services segment is organized globally by four Strategic Market Units ("SMUs")—Americas 1, Americas 2, Europe, and Asia Pacific Middle East and Africa. *See Integrated Annual Report (2025-2026)*, Wipro, *available as a pdf at* https://www.wipro.com/investors/annual-reports/. Americas 1 includes "industry sectors in the United States of America: Communication, Media and Networks, Technology Software and Gaming, Technology New Age, Health and Consumer." Wipro also designs, develops, and markets pre-packaged cloud software solutions, such as Wipro's Fashion Rental Solution ("FRS"), which falls within Wipro's IT Services segment and is marketed to retail and fashion organizations globally, including in the United States and this District. Wipro's FRS "enables a rental model through which fashion manufacturers can rent their designer products online" which "promotes reuse and recycle behaviors while providing end consumers real-time visibility, pricing, quality certificates, and insurance protection in a subscription-based contract model." *See Wipro's Fashion Rental Solution with SAP Business Technology Platform*, WIPRO, https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ (visited Aug. 28, 2026).

5. On information and belief, Wipro, along with its subsidiaries (including Wipro Inc.), agents, alter egos, divisions, and related entities, is engaged in making, using, selling, offering for sale, and importing its software products and services—including Wipro's Fashion Rental Solution—within the United States, the State of Texas, and the Eastern District of Texas.

6. Defendants each maintain a regular and established physical corporate presence in this District, specifically operating their Texas Technology Center located at 5445 Legacy Drive, Suite 300, Plano, TX 75024 in Collin County, Texas. According to county property records, this facility is owned by Defendant Wipro Limited.

| Location | |
|---|---|
| Situs Address: | 5445 LEGACY DR 00300 PLANO, TX 75024 |
| Map ID: | 095.T |
| Legal Description: | BPP AT 5445 LEGACY DR |
| Abstract/Subdivision: | |
| Neighborhood: | |
| **Owner** | |
| Owner ID: | 1037546 |
| Name: | WIPRO LIMITED |
| Agent: | |
| Mailing Address: | 2 TOWER CENTER BLVD STE 2200<br>EAST BRUNSWICK, NJ 08816-1100 |
| % Ownership: | 100.0% |
| Exemptions: | 145B -<br>For privacy reasons not all exemptions are shown online. |

7. Wipro utilizes this local facility and its engineering and consulting personnel to develop, market, deploy, and support its technology solutions, including the accused Wipro Fashion Rental Solution, to clients in Texas, this District, and across the United States.

## JURISDICTION AND VENUE

8. This action arises under the patent laws of the United States, namely Title 35 of the United States Code, including 35 U.S.C. §§ 271, 281, and 284–285.

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

Defendant Wipro Limited

10. Defendant Wipro Limited is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and this District, including: (A) at least part of its infringing activities alleged herein which purposefully avail Defendant of the privilege of conducting those activities in this State and this District and, thus, submit Wipro Limited to the jurisdiction of this Court; and (B) regularly doing or soliciting business, engaging in other persistent conduct targeting residents of Texas and this District, and/or deriving substantial revenue from infringing software, goods, and services offered for sale, sold, and imported into Texas and this District. Specifically, Wipro Limited, alone and in concert with its subsidiaries (including Defendant Wipro Inc.), agents, affiliates, alter egos, software and integration partners (such as SAP), markets, sells, offers for sale, imports, and deploys the accused Wipro Fashion Rental Solution to retail customers and users within this District and the State of Texas.

11. This Court has personal jurisdiction over Defendant Wipro Limited, directly and/or through the activities of Wipro Limited's alter egos, intermediaries, agents, related entities, distributors, importers, customers, subsidiaries (including Defendant Wipro Inc. which is registered to do business in Texas), and/or consumers, including through the activities of those based in the U.S. Through direction and control of these entities, Wipro Limited has committed acts of direct and/or indirect patent infringement within Texas, and elsewhere within the United States, giving rise to this action and/or has established minimum contacts with Texas such that

personal jurisdiction over Wipro Limited would not offend traditional notions of fair play and substantial justice.

12. On information and belief, Wipro Limited utilizes established business-to-business (B2B) distribution and partnership channels—including its strategic partnership with SAP—to distribute, market, offer for sale, sell, deploy, and support its Fashion Rental Solution directly or indirectly to retail and fashion customers, including those operating within this District and the State of Texas.

13. Wipro Limited maintains a regular and established place of business in this District through its physical corporate offices at the Texas Technology Center, located at 5445 Legacy Drive, Suite 300, Plano, TX 75024. Wipro Limited conducts business, employs technical and consulting professionals, and operates its technology services, including those related to Wipro's Fashion Rental Solution, out of this local facility.

14. Wipro's regular, systematic, and established physical presence in the State of Texas extends far beyond its Plano facility. *See Wipro launches Texas Technology Center in Plano*, WIPRO, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited on Aug. 26, 2026). On information and belief, Wipro has over "1,400 employees in Texas" and operates multiple physical facilities within the State, including its major Austin office located at 13929 Center Lake Drive, Suite 200, Austin, TX 78753, and operations in Houston and Dallas. Nationally, Wipro operates in "over 40 facilities across 23 states in the U.S."—including major offices in East Brunswick, New Jersey; New York, New York; Mountain View, California; Bellevue, Washington; and Atlanta, Georgia—employing "over 13,000 [personnel] in the U.S." to develop, market, and deploy its software systems and cloud

platforms, including the accused technology, to retail clients throughout Texas and the United States.

15. In the alternative, this Court has personal jurisdiction over Wipro Limited under Federal Rule of Civil Procedure 4(k)(2), because the claims for patent infringement in this action arise under federal law, Wipro Limited is not subject to the jurisdiction of the courts of general jurisdiction of any state, and exercising jurisdiction over Wipro Limited is consistent with the U.S. Constitution.

16. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and/or 1400(b). As alleged herein, Defendant Wipro Limited has committed acts of patent infringement in this District. Furthermore, Defendant Wipro Limited, via its own operations and those of its subsidiaries (including Defendant Wipro Inc.), agents, affiliates, alter egos, and local employees, has a regular and established place of business in this District, including at least its facility located at 5445 Legacy Drive, Suite 300, Plano, TX 75024 in Collin County, Texas.

17. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, Defendant Wipro Limited is a foreign defendant and not a resident in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

18. Accordingly, Defendant Wipro Limited has significant ties to, and presence in, the State of Texas and the Eastern District of Texas, making venue in this Judicial District both proper and convenient for this action.

<u>Defendant Wipro Inc. d/b/a Wipro LLC and Wipro Technologies, Inc.</u>

19. Defendant Wipro Inc. is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and this District, including: (A) at least part of its infringing

activities alleged herein which purposefully avail Defendant of the privilege of conducting those activities in this State and this District and, thus, submit Wipro Inc. to the jurisdiction of this Court; and (B) regularly doing or soliciting business, engaging in other persistent conduct targeting residents of Texas and this District, and/or deriving substantial revenue from infringing software, goods, and services offered for sale, sold, and imported into Texas and this District. Specifically, Wipro Inc., alone and in concert with its parent company Defendant Wipro Limited, subsidiaries, agents, affiliates, alter egos, software and integration partners (such as SAP), markets, sells, offers for sale, imports, and deploys the accused Wipro Fashion Rental Solution to retail customers and users within this District and the State of Texas.

20. On information and belief, Wipro Inc. utilizes established business-to-business (B2B) distribution and partnership channels—including its strategic partnership with SAP—to distribute, market, offer for sale, sell, deploy, and support its Fashion Rental Solution directly or indirectly to retail and fashion customers, including those operating within this District and the State of Texas.

21. Wipro Inc. is registered to do business and does business in Texas, including by maintaining a regular and established place of business in this District through its physical corporate offices at the Texas Technology Center, located at 5445 Legacy Drive, Suite 300, Plano, TX 75024. Wipro Inc. conducts business on its own behalf and for Defendant Wipro Limited, employs technical and consulting professionals, and operates its technology services, including those related to Wipro's Fashion Rental Solution, out of this local facility.

22. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and/or 1400(b). As alleged herein, Defendant Wipro Inc. has committed acts of patent infringement in this District. Furthermore, Defendant Wipro Inc., via its own operations and those of its parent Defendant Wipro

Limited, subsidiaries, agents, affiliates, alter egos, and local employees, has a regular and established place of business in this District, including at least its facility located at 5445 Legacy Drive, Suite 300, Plano, TX 75024 in Collin County, Texas.

## THE ASSERTED PATENTS AND ACCUSED TECHNOLOGY

23. Stratopatent is the owner of all right, title, and interest in and to the Asserted Patents, with the full right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

24. On information and belief, a significant portion of the operating revenue of Defendants is derived from the design, development, marketing, distribution, sale, and deployment of enterprise software, cloud, and consulting services—including Wipro's Fashion Rental Solution—which are sold to, deployed for, and used by retail and fashion customers in the United States and this District.

25. On information and belief, Wipro designs, develops, tests, uses, markets, distributes, sells, and deploys enterprise software, cloud, and consulting services—including the accused Wipro Fashion Rental Solution—which are sold to, deployed for, and used by retail and fashion customers in the United States and this District. Wipro's Fashion Rental Solution is designed specifically for retail and fashion organizations to launch online designer rental models. It utilizes advanced technologies such as Artificial Intelligence (AI), Machine Learning (ML), and Robotic Process Automation (RPA) to automate back-end retail operations. Wipro markets and sells this pre-packaged cloud software solution on a subscription-based model built on the SAP Business Technology Platform (BTP). Wipro's infringing solution is promoted, offered for sale, sold, and deployed across the United States, including directly to customers within this District, thereby directly and/or indirectly violating Stratopatent's patent rights.

26. Wipro's Fashion Rental Solution operates in a manner that infringes the '392 patent and the '166 patent by implementing each step of the claimed methods and systems. Specifically, Wipro's Fashion Rental Solution is a computer-implemented platform that dynamically manages data associated with electronic transactions of items, e.g., wearable items.




Built on SAP Business Technology Platform, Wipro's Fashion Rental Solution enables consumers to rent designer products online. This future-thinking strategy encourages reuse and recycle behaviors through a new, sustainable business model.




*Wipro's Fashion Rental Solution*, WIPRO, *available as pdf at* https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf.

27. Wipro's Fashion Rental Solution accesses item data describing one or more items (e.g., wearable items such as garments) made available for physical shipment to users via electronic transactions. The FRS utilizes one or more processors to receive the item data describing one or more wearable items available for shipment to the consumer. Various types of data about the items are received and processed by the Wipro Fashion Rental Solution.

**The solutions:**

Most of the large fashion and apparel companies use SAP solutions to run their business operations. Wipro offers a plug and play cloud solution that extends the core ERP capabilities and helps companies orchestrate an innovative "Fashion Rental" business process.

The solution offers all the capabilities needed to deliver a rental business process. The key capabilities are:

*Capabilities for the store*

1. Rental Product Cataloguing
2. Online Rental store
3. Realtime visibility to reservations, in-progress rentals and over-due rentals
4. Photo and Video graphic recording of the pre and post rental status of the garment
5. Realtime ML Assisted identification of anomalies pre and post rental
6. Automatic damage fee assessment in-case of damages during return

*Capabilities for the customer*

1. Online e-commerce like portal for searching rental garments
2. Reservation
3. Easy store pickup
4. Easy store returns
5. Online bill generation and payment assistance

https://sapinsider.org/blogs/wipros-sustainable-rental-solution



*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

28. The Wipro Fashion Rental Solution hosts, via one or more processors, an electronic warehouse operations portal that integrates the "entire rental process fashion product selection and reservation by Consumer, confirmation with QR code, Issue /returns handling of the products by retailor [*sic*.], Digitally checking the quality."




*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

29. Additionally, Wipro's Fashion Rental Solution has an electronic administrative portal comprising user interfaces accessible from one or more devices over one or more networks. This electronic administrative portal comprises user interfaces accessible from one or more devices over one or more networks, and displays information like cataloguing, the online rental store, real-time visibility to reservations, in-progress rentals and overdue rentals.

> Built on SAP Business Technology Platform, Wipro's Fashion Rental Solution enables consumers to rent designer products online. This future-thinking strategy encourages reuse and recycle behaviors through a new, sustainable business model.

https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf

30. Wipro's Fashion Rental Solution receives, by the one or more processors, electronic user transactions initiated at user platforms accessible over a network, e.g., via the Internet. Each electronic user transaction is associated with at least one unique user identifier and at least one unique item identifier identifying a wearable item described in the received item data (e.g., the wearable item data) to be placed in a virtual closet and rented according to a subscription, purchase, or rental service.

**Key benefits**

**Embrace a circular economy business model.** Consumers gain easier access to new and "high-fashion" apparel, while designers and retailers generate recurring revenue from the same product.

*Capabilities for the customer*

1. Online e-commerce like portal for searching rental garments
2. Reservation
3. Easy store pickup
4. Easy store returns
5. Online bill generation and payment assistance

31. The Wipro Fashion Rental Solution receives requests from the warehouse operations portal and the electronic administrative portal to initiate order processing of a wearable item associated with a unique user identifier and a unique item identifier, i.e., "product selection and reservation by Consumer, confirmation with QR code."

**End to End Integration**

Seamless integration between SAP Commerce Cloud, BTP and S/4 Hana,The entire rental process fashion product selection and reservation by Consumer, confirmation with QR code, Issue /returns handling of the products by retailor, Digitally checking the quality and e2e Financial postings in S/4 HANA.

32. In response to receiving the one or more wearable item operations requests, Wipro's Fashion Rental Solution initiates one or more microservices to fulfill the one or more item operations (e.g., wearable item operations) requests to initiate shipping of the item to the user at a physical address according to the subscription. These microservices include quality management, or activities like issue of products, generating the bill.

1. Use **Machine Learning** to derive intelligent digital-decision support – Quality issues during product returns are the most conflicting part of the transaction and here Retailor has been digitally assisted with annotation on all visual differences improving the claims settlement and hence the customer satisfaction.
2. Utilizes **SAP Process Automation** for the entire back-end business– All the back-end transactions have been automated with RPA for completion of activities like Issue of products, generating bill, etc with an event trigger which help improves rental operations significantly. The entire set of activities happens in seconds leading to quick turnaround for customers and a better in-store experience as well.
3. **A Carbon Calculator** that calculated the CO2 emissions that would be saved when the rental cycle was done (instead of the customer buying it ). Gives the customer immense satisfaction to see their bit done for our planet. Coupling it with store credit points ( A 'Green Point' idea, you accumulate X points and get a Y% discount on rental ...)

https://sapinsider.org/blogs/wipros-sustainable-rental-solution

33. Wipro's Fashion Rental Solution operates in a manner that also infringes the '510 patent by receiving "wearable item data from one or more electronic tenant interfaces." In Wipro's cloud architecture, fashion brands, designers, and manufacturers act as "tenants." Wipro utilizes SAP Commerce Cloud to host a specialized per-tenant content management, i.e., a "Multi-tenant solution with full isolation and encryption." Brand managers and designers use their own terminals (i.e., "tenant devices") over the network to upload apparel catalog data, sizes, and pricing configurations, making these wearable items available for physical shipment.

**Visibility of Product Rentals**

New Reserve to Return, end to end rental business model for high fashion apparel. Product manager would get a complete view of the fashion product rental cycle from reserve, Issue to customer. Return to customer and Refurbishment of the product along with the quality issues, Penalty amount charged.

**Operations**

- Service Levels >99.5%
- Auditable logging and tracing
- Meets recommended support levels
- Meets SAP Store recommended Service Levels
- High availability and disaster recovery
- Multi-tenant solution with full isolation and encryption

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

34. Wipro's Fashion Rental Solution hosts store-level and warehouse operations portals accessible from dedicated employee-owned or store-allocated devices to provide "realtime visibility to reservations, in-progress rentals and over-due rentals." Warehouse staff and store associates utilize these web-enabled user interfaces to manage inventory routing, queue logistics, and return processing. This satisfies the '510 patent's requirement of hosting portals that are accessible from "one or more employee devices," enabling store associates to perform automated operational tasks, track active or overdue rentals, and record the physical condition of wearable items.

> Most of the large fashion and apparel companies use SAP solutions to run their business operations. Wipro offers a plug and play cloud solution that extends the core ERP capabilities and helps companies orchestrate an innovative "Fashion Rental" business process.
>
> The solution offers all the capabilities needed to deliver a rental business process. The key capabilities are:
>
> *Capabilities for the store*
>
> 1. Rental Product Cataloguing
> 2. Online Rental store
> 3. Realtime visibility to reservations, in-progress rentals and over-due rentals
> 4. Photo and Video graphic recording of the pre and post rental status of the garment
> 5. Realtime ML Assisted identification of anomalies pre and post rental
> 6. Automatic damage fee assessment in-case of damages during return

*Wipro's Sustainable Fashion Rental Solution*, MASTERINGSAP, https://masteringsap.com/wipros-sustainable-fashion-rental-solution/ (visited Aug. 27, 2026).

35. In response to user transactions and warehouse operations requests (e.g., scanning the garment's QR code during order preparation), Wipro's Fashion Rental Solution architecture performs a dual synchronization across distinct transactional and analytical data stores before physical shipment can be initiated. Transactional data (such as reservation allocations, rental contract bookings, and general ledger accounts) is committed to the SAP S/4HANA ERP core (running on the transactional SAP HANA database engine). Also, analytical data (such as customer usage trends, inventory logistics metrics, and carbon emissions offsets computed by Wipro's proprietary Carbon Footprint Calculator) is synchronized to an analytics database environment hosted on the SAP Business Technology Platform (BTP). As a result, the platform triggers S/4HANA's shipping generation workflows to dispatch the physical garment to the user at a physical address.

**Technical details** | Deployment and operations | Security and compliance

| | |
|---|---|
| Solution type | APIs and Technical Components |
| Category | Enterprise Resource Planning |
| Industry | Cross-Industry, Retail, Consumer Products |
| Works with | • SAP ERP<br>• SAP S/4HANA Cloud Public Edition<br>• SAP S/4HANA Cloud Private Edition<br>• SAP Business Technology Platform<br>• SAP Commerce Cloud<br>Show less |

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

36. Wipro's Fashion Rental Solution operates in a manner that also infringes the '208 patent by receiving "item data . . . via one or more electronic transaction application programming interfaces (APIs)." Wipro FRS relies on programmatic SAP Commerce Cloud Integration APIs and OData endpoint services to ingest and synchronize product inventories over secure networks. Wipro's commercial deployment specifications explicitly list "OData transport configurations" and "GIT Directories (Commerce Cloud)" containing pre-packaged API adapters as core deliverables utilized to configure and operate these exact catalog ingestion APIs.



**All plans include:**

- ✓ Pricing model allows you to get Fashion Rental solution deployed in your BTP Subscription
- ✓ Deployment guide along with transport (Configuration/OData), build pack (BTP), GIT Directories (Commerce Cloud) & Rest API (Machine learning)
- ✓ 10 working day support during installation

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

37. Wipro's Fashion Rental Solution satisfies the specific architectural requirement that backend fulfillment microservices are "implemented as a microservice hosted via a virtual

private cloud." In response to physical order or return requests, Wipro's platform initiates programmatic SAP Process Automation APIs (including intelligent Robotic Process Automation or "RPA" bots). These API-driven automation microservices manage critical CaaS operations such as product allocation, customer billing, and tax routing. Rather than running in a shared or un-isolated environment, these microservices are securely hosted and isolated within client-allocated virtual private clouds (VPCs) (i.e., SAP S/4HANA Cloud Private Edition providing Multi-tenant solution with full isolation and encryption) running on the SAP Business Technology Platform (BTP).

> 2. Utilizes **SAP Process Automation** for the entire back-end business– All the back-end transactions have been automated with RPA for completion of activities like Issue of products, generating bill, etc with an event trigger which help improves rental operations significantly. The entire set of activities happens in seconds leading to quick turnaround for customers and a better in-store experience as well.

*Wipro's Sustainable Fashion Rental Solution*, MASTERINGSAP, https://masteringsap.com/wipros-sustainable-fashion-rental-solution/ (visited Aug. 27, 2026).

**Value for Money**

Economical, simple and easy to use. These bots allow companies increase productivity immensely targeting day to day operation improvements. Economically priced, the bots only need iRPA subscriptions for customers as prerequisite for usage.




*Intelligent automation bots that accelerate day to day business process*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-smartbiz-for-utilities-automation-bots.html (visited Aug. 27, 2026).

38. Wipro's Fashion Rental Solution updates "one or more transaction databases and one or more analytics databases based on completion of the one or more item operations requests." In Wipro's FRS, database writes are gated by the completion of logistics tasks. The scanning of an item identifier triggers background OData APIs to perform parallel writes to separate database

environments. Specifically, the system executes transactional (OLTP) writes directly to SAP S/4HANA ERP core tables (updating financial ledgers and reserving stock) and simultaneously executes analytical (OLAP) updates to databases on the SAP Business Technology Platform (BTP) to feed Wipro's proprietary Carbon Footprint Calculator (recalculating sustainability KPIs and updating Fiori analytics panels).

> One of the core solution tenets was to have a seamless digital handover or return of the fashion accessory or dress. Scanning a generated QR code via a scanner alerts the store staff for the appropriate issue or a return cycle.

*Wipro's Sustainable Fashion Rental Solution*, MasteringSAP, https://masteringsap.com/wipros-sustainable-fashion-rental-solution/ (visited Aug. 27, 2026).

> **End to End Integration**
>
> Seamless integration between SAP Commerce Cloud, BTP and S/4 Hana,The entire rental process fashion product selection and reservation by Consumer, confirmation with QR code, Issue /returns handling of the products by retailor, Digitally checking the quality and e2e Financial postings in S/4 HANA.

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

39. Wipro's Fashion Rental Solution infringes claim 1 of the '622 patent by practicing every element of its computer-implemented method. Specifically, Wipro's platform acts as the "internal server system," communicating over secure network protocols (e.g., utilizing SAP BTP Integration Suite and OData integration gateways) with external warehouse databases and distribution systems (the "external warehouse systems") operated by Wipro's retail clients or third-party logistics partners.

40. Wipro's Fashion Rental Solution receives an "Inventory Snapshot Entity from the external warehouse system." Wipro's Fashion Rental Solution programmatically queries and retrieves real-time stock-availability feeds from external warehouse management databases via SAP BTP OData/REST APIs, including SAP HANA Cloud. This received stock data serves as the

claimed "Inventory Snapshot Entity," indicating which specific, unique articles (i.e., wearable items or garments) (individually identified and tracked via the platform's generated unique QR codes, which act as the unique article identifiers) are physically present in the external warehouse and currently available for order dropping.

**All plans include:**

- ✓ Pricing model allows you to get Fashion Rental solution deployed in your BTP Subscription
- ✓ Deployment guide along with transport (Configuration/OData), build pack (BTP), GIT Directories (Commerce Cloud) & Rest API (Machine learning)
- ✓ 10 working day support during installation

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

## Technical Information

**Technical details** | **Deployment and operations** | **Security and compliance**

| | |
|---|---|
| Solution type | Extensions and Add-ons |
| Category | Enterprise Resource Planning |
| Industry | Utilities |
| Works with | • SAP HANA Live for Utilities, edition for SAP CRM<br>• SAP Build |

*Intelligent automation bots that accelerate day to day business process*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-smartbiz-for-utilities-automation-bots.html (visited Aug. 27, 2026).




*Introducing the OData Protocol*, SAP, https://learning.sap.com/courses/develop-extensions-with-cap-following-the-sap-btp-developer-s-guide/introducing-the-odata-protocol_fd5e2134-54e9-456f-af87-02b0c228dbd7 (visited Aug. 27, 2026).




*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

41. In response to receiving the stock snapshot, when a user completes an online transaction, Wipro's Fashion Rental Solution selects the available unique article identifiers (QR codes) and packages them into an SAP S/4HANA Sales Order payload—serving as the claimed

Order Entity. This Order Entity maps the unique customer account ID to the garment's QR code and corresponding SKU or EAN catalog reference (the *external warehouse unique identifier*). Wipro's Fashion Rental Solution then programmatically transmits ("drops") this S/4HANA Order Entity via OData transactional integrations or REST APIs directly over the network to the external warehouse's management system, allowing the system to retrieve, pack, and ship the designated garment to a shipping address for the user.

> **OData Service**
>
> OData currently supports two formats for representing the resources that it exposes:
>
> - The XML-based AtomPub
> - The JSON formats
>
> JSON has less protocol overhead than the Atom Publishing protocol. JSON can easily be consumed with JavaScript and by SAPUI5.
>
> Each OData service is represented by a URI (Uniform Resource Identifier), called the service root URI. A URI is a uniform resource identifier, which is a string of characters used to identify a resource. More precisely, each resource can be accessed using a URL (Uniform Resource Locator). A uniform resource locator describes how to access the resource. This type of identification enables the interaction with representations of the resource across a network using specific protocols like OData.

*Introducing the OData Protocol*, SAP, https://learning.sap.com/courses/develop-extensions-with-cap-following-the-sap-btp-developer-s-guide/introducing-the-odata-protocol_fd5e2134-54e9-456f-af87-02b0c228dbd7 (visited Aug. 27, 2026).

> 2. Utilizes **SAP Process Automation** for the entire back-end business– All the back-end transactions have been automated with RPA for completion of activities like Issue of products, generating bill, etc with an event trigger which help improves rental operations significantly. The entire set of activities happens in seconds leading to quick turnaround for customers and a better in-store experience as well.

*Wipro's Sustainable Fashion Rental Solution*, MASTERINGSAP, https://masteringsap.com/wipros-sustainable-fashion-rental-solution/ (visited Aug. 27, 2026).

42. When an article (i.e., the wearable item) is physically shipped back to the warehouse, Wipro's Fashion Rental Solution receives a "Return Entity from the external warehouse system." The external warehouse generates an automated return confirmation receipt payload—serving as the claimed "Return Entity"—which is transmitted back to Wipro's core platform over the network, containing the scanned garment QR code and a unique return ID or tracking reference (the *external warehouse unique return identifier*). In response to receiving the

Return Entity, Wipro's Fashion Rental Solution triggers backend OData APIs to perform parallel writes to its database environments to indicate receipt of the garment. Specifically, the system updates transactional tables inside the core SAP S/4HANA ERP (running on the transactional SAP HANA database engine) to log the return, adjust stock-on-hand balances, and post financial/accounting general ledger entries, restocking the article and making it available for future rentals (i.e., a return cycle).

> **Visibility of Product Rentals**
>
> New Reserve to Return, end to end rental business model for high fashion apparel. Product manager would get a complete view of the fashion product rental cycle from reserve, Issue to customer. Return to customer and Refurbishment of the product along with the quality issues, Penalty amount charged.

*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

> One of the core solution tenets was to have a seamless digital handover or return of the fashion accessory or dress. Scanning a generated QR code via a scanner alerts the store staff for the appropriate issue or a return cycle.
>
> 1. Use **Machine Learning** to derive intelligent digital-decision support – Quality issues during product returns are the most conflicting part of the transaction and here Retailor has been digitally assisted with annotation on all visual differences improving the claims settlement and hence the customer satisfaction.

*Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

43. Wipro's Fashion Rental Solution infringes claim 1 of the '149 patent by practicing every element of its computer-implemented method. Specifically, Wipro's platform manages the reverse-logistics lifecycle of returned garments on the SAP Business Technology Platform (BTP), utilizing automated quality-control modules, image-analysis models, and real-time database updates to track, evaluate, and restock returned inventory. Specifically, the Fashion Rental Solution maintains a database comprising characteristics and "an inspection history of each of the one or more wearable articles" by integrating directly with SAP S/4HANA core databases to store

garment characteristics (including styles, colors, and fabric sizes) and actively records a cumulative history of the physical condition and pre- and post-rental quality states (the "inspection history" shown by FRS' "Visibility of Product Rentals") of individual physical garments (i.e., wearable articles) over their multi-rental lifecycle.

**Visibility of Product Rentals**

New Reserve to Return, end to end rental business model for high fashion apparel. Product manager would get a complete view of the fashion product rental cycle from reserve, Issue to customer. Return to customer and Refurbishment of the product along with the quality issues, Penalty amount charged.




*Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 27, 2026).

44. Wipro's Fashion Rental Solution satisfies the limitation of "inspecting a surface of the received wearable article using a visual inspection process and/or a defect inspection tool." FRS utilizes SAP BTP Machine Learning image analysis models (functioning as the claimed "defect inspection tool" and executing a "visual inspection process") to analyze photographs or video recordings taken of returned garments. This process detects physical surface defects such as stains, tears, and fabric wear, eliminating subjective manual quality checks.

1. Use **Machine Learning** to derive intelligent digital-decision support – Quality issues during product returns are the most conflicting part of the transaction and here Retailor has been digitally assisted with annotation on all visual differences improving the claims settlement and hence the customer satisfaction.

*Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).




*Wipro's Fashion Rental Solution*, Wipro, available as a pdf at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf

45. Wipro's FRS satisfies the requirement of "accessing an electronic record . . . by reading a label or identifier affixed to the received wearable article." In the FRS logistics flow, store and/or warehouse associates scan a generated unique QR code label that is part of or associated with each rental garment (the "label or identifier"). Reading this QR code queries and accesses the specific garment's electronic transaction and inventory record within the core SAP databases to log its return. Additionally, FRS satisfies the limitations of updating the electronic record with the inspection results and "routing the received wearable article for a secondary inspection, additional processing, or putaway staging or transfer to inventory based on the result." Upon completion of the QR scan and machine learning visual analysis, FRS updates S/4HANA database tables with the inspection results, logging whether the item passed quality check and calculating damage fees if necessary. Based on these visual check results, the platform dynamically routes the garment—to active storefront inventory, whereas items flagged with surface defects are routed for additional processing, such as the automated "Refurbishment" processing stream.

One of the core solution tenets was to have a seamless digital handover or return of the fashion accessory or dress. Scanning a generated QR code via a scanner alerts the store staff for the appropriate issue or a return cycle.

1. Use **Machine Learning** to derive intelligent digital-decision support – Quality issues during product returns are the most conflicting part of the transaction and here Retailor has been digitally assisted with annotation on all visual differences improving the claims settlement and hence the customer satisfaction.

*Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

*Capabilities for the store*

1. Rental Product Cataloguing
2. Online Rental store
3. Realtime visibility to reservations, in-progress rentals and over-due rentals
4. Photo and Video graphic recording of the pre and post rental status of the garment
5. Realtime ML Assisted identification of anomalies pre and post rental
6. Automatic damage fee assessment in-case of damages during return

*Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

**COUNT I**
**(INFRINGEMENT OF U.S. PATENT NO. 11,087,392)**

46. Plaintiff incorporates paragraphs 1 through 45 herein by reference.

47. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 11,087,392 (the "'392 patent"), entitled "SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM." The '392 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

48. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '392 patent in this District and elsewhere in Texas and the United States.

49. On information and belief, Defendant Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro's Fashion Rental Solution ("FRS"), its components, integration modules, portals, and database services that infringe the '392 patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

50. Defendant Wipro directly infringes the '392 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro's Fashion Rental Solution, its components, and/or services containing the same that incorporate the fundamental technologies covered by the '392 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

51. For example, Defendant Wipro infringes at least claim 1 of the '392 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

52. The accused Wipro Fashion Rental Solution includes a computer-implemented method for dynamically managing data associated with electronic transactions of wearable items comprising each of the limitations of claim 1 of the '392 patent:

> (A) *Receiving, via one or more processors, wearable item data describing one or more wearable items made available for physical shipment to users via electronic transactions*. FRS utilizes one or more processors to receive wearable item data describing one or more wearable items (such as designer garments) made available for physical shipment to users via electronic subscription-based transactions. Various types of data about the wearable items are received and processed by the platform.

(B) *Hosting, by the one or more processors, an electronic warehouse operations portal and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over one or more networks*. FRS hosts an electronic warehouse operations portal that automates the ordering, delivery, billing, and return processes, and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over networks (displaying cataloguing, online store parameters, and real-time visibility to reservations, in-progress rentals, and overdue rentals).

(C) *Receiving, by the one or more processors, one or more electronic user transactions initiated at one or more user platforms, each associated with at least one unique user identifier and at least one unique item identifier identifying a wearable item described in the received wearable item data to be placed in a virtual closet and rented according to a subscription, wherein the one or more user platforms comprise one or more user interfaces accessible from one or more user devices over the one or more networks*. FRS receives electronic user transactions initiated at user platforms (accessible over networks). Each transaction is associated with at least one unique user identifier and at least one unique item identifier (such as a unique QR code on the garment) identifying a wearable item to be placed in a virtual closet and rented according to a subscription.

(D) *Receiving, by the one or more processors, one or more wearable item operations requests from at least one of the electronic warehouse operations portal and the electronic administrative portal to initiate order processing of the wearable item identified by the unique user identifier and the unique item identifier for a user identified by the unique user identifier*. FRS receives wearable item operations requests from the warehouse operations portal and/or the electronic administrative portal to initiate order processing of the wearable item identified by the unique user identifier and unique item identifier for a user.

(E) *In response to receiving the one or more wearable item operations requests, initiating one or more microservices to fulfill the one or more wearable item operations requests to initiate shipping of the wearable item to the user at a*

*physical address according to the subscription*. In response to receiving the operations requests, FRS initiates one or more microservices (such as order processing, inventory allocation, garment allocation, fulfillment, and return processing) to fulfill the requests to initiate shipping of the wearable item to the user at a physical address (including a residential address or an in-store pickup location) according to the subscription. Wipro FRS utilizes Robotic Process Automation (RPA) to automate these back-end transactions and link the storefront directly to SAP S/4HANA's back-end operations.

53. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has had knowledge of the '392.

54. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the '392 patent by Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

55. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro's Fashion Rental Solution ("FRS") to directly infringe one or more claims of the '392 patent. Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro's marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

**(A) Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro's technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-

lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS "Base Package" containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and specialized REST APIs (such as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, WIPRO, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at

https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ and https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to automatically detect and log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP INSIDER, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

**(D) Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

56. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has also contributorily infringed, and continues to contributorily infringe, one or more claims of the '392 patent under 35 U.S.C. § 271(c) by selling, offering to

sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro's Fashion Rental Solution (FRS). *See Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 26, 2026) (detailing "Plans and pricing" packages). These components—which include specialized custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the '392 patent.

57. These software components are especially made and/or especially adapted for use in an infringement of the '392 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro's FRS is designed and marketed exclusively to execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the '392 patent.

58. Defendant Wipro has had actual knowledge of the '392 patent and that its FRS components are especially made or adapted for use in an infringement of the '392 patent since at least the filing and service of this Complaint. Despite this knowledge, Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the '392 patent by running and hosting the Wipro Fashion Rental Solution.

59. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, despite having knowledge of the '392 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '392 patent, Wipro has nevertheless continued its

infringing conduct and disregarded an objectively high likelihood of infringement. Wipro's activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

60. Plaintiff Stratopatent has been damaged as a result of Wipro's infringing conduct described in this Count. Defendant Wipro is liable to Stratopatent in an amount that adequately compensates Stratopatent for Wipro's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT II**
**(INFRINGEMENT OF U.S. PATENT NO. 11,348,166)**

61. Plaintiff incorporates paragraphs 1 through 60 herein by reference.

62. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 11,348,166 (the "'166 patent"), entitled "SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM." The '166 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

63. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '166 patent in this District and elsewhere in Texas and the United States.

64. On information and belief, Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro's Fashion Rental Solution ("FRS"), its components, integration modules, portals, and database services that infringe the '166

patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

65. Defendant Wipro directly infringes the ’166 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro’s Fashion Rental Solution, its components, and/or services containing the same that incorporate the fundamental technologies covered by the ’166 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

66. For example, Defendant Wipro infringes at least claim 1 of the ’166 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

67. The accused Wipro Fashion Rental Solution includes a computer-implemented method for dynamically managing data associated with electronic transactions of items comprising each of the limitations of claim 1 of the ’166 patent:

> (A) *Receiving, by one or more processors, item data describing one or more items made available for physical shipment to users via electronic transactions*. FRS utilizes one or more processors to receive item data describing one or more items (such as designer garments) made available for physical shipment to users via electronic subscription-based transactions. Various types of data about the items are received and processed by the platform.
>
> (B) *Hosting, by the one or more processors, an electronic warehouse operations portal and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over one or more networks*. FRS hosts an electronic warehouse operations portal that automates the ordering, delivery, billing, and return processes, and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over networks

(displaying cataloguing, online store parameters, and real-time visibility to reservations, in-progress rentals, and overdue rentals).

(C) *Receiving, by the one or more processors, one or more electronic user transactions initiated at one or more user platforms, each of the one or more electronic user transactions associated with at least one unique user identifier and at least one unique item identifier identifying an item described in the received item data to be placed in a virtual closet and rented or purchased according to a subscription, purchase, or rental service, wherein the one or more user platforms comprise one or more user interfaces accessible from one or more user devices over the one or more networks*. FRS receives electronic user transactions initiated at user platforms (accessible over networks). Each transaction is associated with at least one unique user identifier and at least one unique item identifier (such as a unique QR code on the garment) identifying an item to be placed in a virtual closet and rented according to a subscription, purchase, or rental service.

(D) *Receiving, by the one or more processors, one or more item operations requests from at least one of the electronic warehouse operations portal and the electronic administrative portal to initiate order processing of the item identified by the at least one unique user identifier and the at least one unique item identifier for a user identified by the at least one unique user identifier*. FRS receives item operations requests from the warehouse operations portal and/or the electronic administrative portal to initiate order processing of the item (e.g., a wearable item) identified by the unique user identifier and unique item identifier for a user.

(E) *In response to receiving the one or more item operations requests, initiating one or more microservices to fulfill the one or more item operations requests to initiate shipping of the item to the user at a physical address according to the subscription, purchase, or rental service*. In response to receiving the operations requests, FRS initiates one or more microservices (such as order processing, inventory allocation, garment allocation, fulfillment, and return processing) to fulfill the requests to initiate shipping of the item to the user at a physical address (including a residential address or an in-store pickup location)

according to the subscription, purchase, or rental service. Wipro FRS utilizes Robotic Process Automation (RPA) to automate these back-end transactions and link the storefront directly to SAP S/4HANA's back-end operations.

68. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Wipro has had knowledge of the '166 patent.

69. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the '166 patent by Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

70. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro's Fashion Rental Solution ("FRS") to directly infringe one or more claims of the '166 patent. Defendant Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro's marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

**(A) Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro's technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS "Base Package" containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and

specialized REST APIs (such as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, WIPRO, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ and

https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to automatically detect and log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP INSIDER, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

(D) **Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

71. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has also contributorily infringed, and continues to contributorily infringe, one or more claims of the '166 patent under 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro's Fashion Rental Solution (FRS). *See Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug.

26, 2026) (detailing "Plans and pricing" packages). These components—which include specialized custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the '166 patent.

72. These software components are especially made and/or especially adapted for use in an infringement of the '166 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro's FRS is designed and marketed exclusively to execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the '166 patent.

73. Wipro has had actual knowledge of the '166 patent and that its FRS components are especially made or adapted for use in an infringement of the '166 patent since at least the filing and service of this Complaint. Despite this knowledge, Defendant Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the '166 patent by running and hosting the Wipro Fashion Rental Solution.

74. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, despite having knowledge of the '166 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '166 patent, Defendant Wipro has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Wipro's activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that

Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

75. Plaintiff Stratopatent has been damaged as a result of Wipro's infringing conduct described in this Count. Defendant Wipro is liable to Stratopatent in an amount that adequately compensates Stratopatent for Wipro's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT III
## (INFRINGEMENT OF U.S. PATENT NO. 10,902,510)

76. Plaintiff incorporates paragraphs 1 through 75 herein by reference.

77. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 10,902,510 (the "'510 patent"), entitled "SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM." The '510 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

78. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '510 patent in this District and elsewhere in Texas and the United States.

79. On information and belief, Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro's Fashion Rental Solution ("FRS"), its components, integration modules, portals, and database services that infringe the '510 patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

80. Defendant directly infringes the '510 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro's

Fashion Rental Solution, its components, and/or services containing the same that incorporate the fundamental technologies covered by the ’510 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

81. For example, Wipro infringes at least claim 1 of the ’510 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

82. The accused Wipro Fashion Rental Solution includes a computer-implemented method for dynamically managing data associated with electronic transactions of items comprising each of the limitations of claim 1 of the ’510 patent:

**(A)** *Receiving, by one or more processors, wearable item data from one or more electronic tenant interfaces, the wearable item data describing one or more wearable items made available for physical shipment to users via electronic transactions, wherein the one or more electronic tenant interfaces comprise one or more user interfaces accessible from one or more tenant devices over one or more networks*. Wipro’s Fashion Rental Solution utilizes one or more processors to receive wearable item data (such as style, size, catalog details, and rental pricing) describing high-value apparel collections from brand managers, designers, or retailers (acting as “tenants”) via electronic interfaces. Under Wipro’s cloud architecture, these tenant interfaces are deployed as per tenant content management system that is integrated with SAP Commerce Cloud. Brand representatives use their own terminals (“tenant devices”) over the network to upload catalog lists, making these wearable items available for physical shipment to users. Wipro distributes a standardized FRS “Base Package” containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport files, and GIT directories specifically mapped to SAP Commerce Cloud, to construct and deploy these tenant-facing catalog configurations.

**(B)** *Hosting, by the one or more processors, an electronic warehouse operations portal and/or an electronic administrative portal, the electronic warehouse operations portal and/or electronic administrative portal comprising user interfaces accessible from one or more employee devices over the one or more networks*. Wipro's Fashion Rental Solution hosts a web-enabled electronic warehouse operations portal and storefront administrative interfaces built on SAP applications. These portals provide real-time user interfaces accessible via "employee devices" (such as handheld barcode/QR-code scanners and warehouse workstation terminals) used by logistics staff and store associates over a network. The warehouse operations portal automates order fulfillment, dispatching, and return routing, while the administrative dashboards provide store employees with real-time, end-to-end visibility into garment cataloging, active reservations, in-progress rentals, and overdue returns.

**(C)** *Receiving, by the one or more processors, one or more electronic user transactions initiated at one or more user platforms, each of the one or more electronic user transactions associated with at least one unique user identifier and at least one unique item identifier identifying a wearable item described in the received wearable item data to be placed in a virtual closet and rented according to a subscription, wherein the one or more user platforms comprise one or more user interfaces accessible from one or more user devices over the one or more networks*. Wipro's Fashion Rental Solution receives electronic user transactions initiated at user-facing platforms (including online web storefronts and mobile applications) accessible from customer devices over a network. Consumers search the rental catalog, select garments, and place them into a digital reservation list—i.e., a "virtual closet"—before checkout. Each checkout transaction can be executed under a recurring "subscription-based contract model" and pairs a unique customer account identifier with a unique item identifier, as physical wearable items are individually tagged, tracked, and verified via a generated unique QR code.

**(D)** *Receiving, by the one or more processors, one or more wearable item operations requests from at least one of the electronic warehouse operations*

*portal, the electronic administrative portal, and the one or more electronic tenant interfaces to initiate order processing of the wearable item identified by the unique user identifier and the unique item identifier for a user identified by the received unique user identifier.* Wipro's Fashion Rental Solution receives operations requests to initiate order fulfillment or return preparation on its hosted administrative and warehouse portals. These operations requests are triggered when a customer completes a checkout or when store associates scan the physical garment's unique QR code (the unique item identifier) using handheld scanners. Scanning the QR code alerts store staff and triggers a backend operations request to prepare, inspect, and issue the specific garment associated with the unique customer account ID.

**(E)** *In response to receiving the one or more wearable item operations requests, initiating one or more microservices to fulfill the one or more wearable item operations requests.* In response to operations requests, Wipro's platform initiates specialized, automated backend microservices hosted on the SAP Business Technology Platform (BTP). Wipro FRS integrates with SAP Process Automation to deploy intelligent Robotic Process Automation (RPA) bots and machine learning APIs. These microservices dynamically automate order fulfillment, calculate inventory availability, execute automatic billing, and conduct AI-assisted quality inspections or damage assessments.

**(F)** *In response to receiving the one or more electronic user transactions and the one or more wearable item operations requests, updating, by the one or more processors, one or more transaction databases and one or more analytics databases, based on the one or more electronic user transactions to initiate shipping of the wearable item to the user at a physical address.* In response to storefront transactions and QR-code-scanned operations requests, Wipro's solution performs a dual database update across separate transactional (OLTP) and analytical (OLAP) database engines before shipping is initiated. The platform executes transactional writes (such as booking the active subscription, reserving the specific garment, and posting end-to-end ledger entries) directly to the core SAP S/4HANA ERP (running on the transactional SAP HANA

database engine). Simultaneously, FRS updates analytical databases on the SAP Business Technology Platform (BTP) to compile user behavior data, rental trends, and $CO_2$ emissions offsets computed by Wipro's Carbon Footprint Calculator. As a result, the platform triggers S/4HANA's shipping generation workflows to initiate physical shipment of the apparel to the customer's physical address.

83. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Wipro has had knowledge of the '510 patent.

84. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the '510 patent by Defendant Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

85. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro's Fashion Rental Solution ("FRS") to directly infringe one or more claims of the '510 patent. Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro's marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

**(A) Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro's technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS "Base Package" containing pre-packaged software, including custom

build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and specialized REST APIs (such as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, WIPRO, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-

technology-platform/ and https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to automatically detect and log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP INSIDER, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

**(D) Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

86. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has also contributorily infringed, and continues to contributorily infringe, one or more claims of the '510 patent under 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro's Fashion Rental Solution (FRS). See Create new revenue streams and embrace a sustainable & circular-economy business, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 26, 2026) (detailing "Plans and pricing" packages). These components—which include specialized

custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the ’510 patent.

87. These software components are especially made and/or especially adapted for use in an infringement of the ’510 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro’s FRS is designed and marketed exclusively to execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the ’510 patent.

88. Wipro has had actual knowledge of the ’510 patent and that its FRS components are especially made or adapted for use in an infringement of the ’510 patent since at least the filing and service of this Complaint. Despite this knowledge, Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the ’510 patent by running and hosting the Wipro Fashion Rental Solution.

89. Upon and since the date of service of Stratopatent’s Complaint for Patent Infringement, despite having knowledge of the ’510 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’510 patent, Wipro has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Wipro’s activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

90. Plaintiff Stratopatent has been damaged as a result of Wipro's infringing conduct described in this Count. Defendant is liable to Stratopatent in an amount that adequately compensates Stratopatent for Wipro's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT IV**
**(INFRINGEMENT OF U.S. PATENT NO. 12,033,208)**

91. Plaintiff incorporates paragraphs 1 through 90 herein by reference.

92. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 12,033,208 (the "'208 patent"), entitled "SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM." The '208 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

93. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '208 patent in this District and elsewhere in Texas and the United States.

94. On information and belief, Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro's Fashion Rental Solution ("FRS"), its components, integration modules, portals, and database services that infringe the '208 patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

95. Defendant directly infringes the '208 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro's Fashion Rental Solution, its components, and/or services containing the same that incorporate the

fundamental technologies covered by the ’208 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

96. For example, Wipro infringes at least claim 1 of the ’208 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

97. The accused Wipro Fashion Rental Solution includes a computer-implemented method for dynamically managing data associated with electronic transactions of items comprising each of the limitations of claim 1 of the ’208 patent:

**(A)** *Receiving, by one or more processors, item data describing one or more items made available for physical shipment to users via one or more electronic transaction application programming interfaces (APIs).* FRS utilizes one or more processors to receive item data describing one or more items (such as high-value designer garments) made available for shipment to users via programmatic application programming interfaces (APIs) in electronic transactions. Specifically, Wipro FRS relies on structured SAP Commerce Cloud Integration APIs and OData endpoint services to ingest and synchronize product inventories over a secure network. Wipro’s commercial deployment specifications explicitly list “OData transport configurations” and “GIT Directories (Commerce Cloud)” containing API adapters as core deliverables utilized to configure and operate these catalog ingestion APIs.

**(B)** *Hosting, by the one or more processors, an electronic warehouse operations portal and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over one or more networks.* FRS hosts an electronic warehouse operations

portal that automates the ordering, delivery, billing, and return processes, and/or an electronic administrative portal comprising user interfaces accessible from one or more devices over networks. In Wipro's implementation, these portals are built on SAP applications and provide real-time user interfaces accessible via desktop or handheld employee devices over the network, displaying cataloguing, online store parameters, and real-time visibility to reservations, in-progress rentals, and overdue rentals.

**(C)** *Receiving, by the one or more processors, one or more electronic user transactions initiated at one or more user platforms, each of the one or more electronic user transactions associated with at least one unique user identifier and at least one unique item identifier identifying an item described in the received item data to be placed in a virtual closet and rented or purchased according to a subscription, purchase, or rental service, wherein the one or more user platforms comprise one or more user interfaces accessible from one or more user devices over the one or more networks*. FRS receives electronic user transactions initiated at user platforms (such as consumer-facing web storefronts and mobile apps) accessible from customer devices over a network. Customers browse the digital catalog, select garments, and place them into a digital reservation list—i.e., a "virtual closet"—before executing checkout transactions. FRS processes these transactions under subscription or rental contract models. Each completed transaction associates a unique customer account ID (the unique user identifier) with a unique garment QR code (the unique item identifier), enabling the platform to track and manage individual wearable items throughout their lifecycle.

**(D)** *Receiving, by the one or more processors, one or more item operations requests from at least one of the electronic warehouse operations portal and the electronic administrative*

*portal to initiate order processing of the item identified by the at least one unique user identifier and the at least one unique item identifier for a user identified by the at least one unique user identifier.* FRS receives item operations requests from the warehouse operations portal and/or the electronic administrative portal to initiate order processing of the item (such as a wearable item) identified by the unique user identifier and unique item identifier for a user. These operations requests are triggered when a customer completes a checkout or when store associates scan the physical garment's unique QR code (the unique item identifier) using handheld scanners, alerting the staff to prepare, inspect, and issue the specific garment associated with the unique customer account ID (the unique user identifier).

**(E)** *In response to the one or more item operations requests, initiating, by the one or more processors, one or more application programming interfaces (APIs) to fulfill the one or more item operations requests to initiate shipping of the item to a user at a physical address according to the subscription, purchase, or rental service, the one or more APIs being implemented as a microservice hosted via a virtual private cloud.* In response to operations requests (such as QR-code scans), Wipro's platform initiates background SAP Process Automation APIs (RPA bots) to automate back-end processing, including product issue, billing, and shipment generation to dispatch the item to the customer's physical address. These API-driven automation microservices (such as order processing, inventory allocation, garment allocation, and fulfillment) are securely hosted and isolated within client-allocated cloud environments—functioning as dedicated, tenant-isolated Virtual Private Clouds (VPCs)—on the SAP Business Technology Platform (BTP) subscription.

**(F)** *Updating one or more transaction databases and one or more analytics databases based on completion of the one or more item operations requests.* Upon completion of the operations task (e.g., scanning, quality checking, and packing the garment, finalizing the order issue), Wipro's backend executes parallel database updates based on the completed operations request. FRS executes transactional write operations directly to transactional tables inside the core SAP S/4HANA ERP (running on the transactional SAP HANA database engine) to book general ledger accounting postings and deduct inventory. Concurrently, FRS updates analytical databases on the SAP Business Technology Platform (BTP) to feed its proprietary Carbon Footprint Calculator, recalculating CO2 emissions offsets and updating Fiori analytical dashboards in real time.

98. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Wipro has had knowledge of the '208 patent.

99. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the '208 patent by Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

100. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro's Fashion Rental Solution ("FRS") to directly infringe one or more claims of the '208 patent. Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro's marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

(A) **Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro's technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS "Base Package" containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and specialized REST APIs (such as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, WIPRO, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ and https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to automatically detect and log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP INSIDER, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

(D) **Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

101. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has also contributorily infringed, and continues to contributorily infringe,

one or more claims of the ’208 patent under 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro’s Fashion Rental Solution (FRS). *See Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 26, 2026) (detailing “Plans and pricing” packages). These components—which include specialized custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the ’208 patent.

102. These software components are especially made and/or especially adapted for use in an infringement of the ’208 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro’s FRS is designed and marketed exclusively to execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the ’208 patent.

103. Wipro has had actual knowledge of the ’208 patent and that its FRS components are especially made or adapted for use in an infringement of the ’208 patent since at least the filing and service of this Complaint. Despite this knowledge, Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the ’208 patent by running and hosting the Wipro Fashion Rental Solution.

104. Upon and since the date of service of Stratopatent’s Complaint for Patent Infringement, despite having knowledge of the ’208 patent and knowledge that it is directly and/or

indirectly infringing one or more claims of the ’208 patent, Wipro has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Wipro’s activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

105. Plaintiff Stratopatent has been damaged as a result of Wipro’s infringing conduct described in this Count. Defendant is liable to Stratopatent in an amount that adequately compensates Stratopatent for Wipro’s infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## **COUNT V**
## **(INFRINGEMENT OF U.S. PATENT NO. 11,354,622)**

106. Plaintiff incorporates paragraphs 1 through 105 herein by reference.

107. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 11,354,622 (the “’622 patent”), entitled “SYSTEMS AND METHODS FOR THIRD PARTY WAREHOUSE INTEGRATION.” The ’622 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

108. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the ’622 patent in this District and elsewhere in Texas and the United States.

109. On information and belief, Defendant Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro’s Fashion Rental Solution (“FRS”), its components, integration modules, portals, and database services that infringe the ’622

patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

110. Defendant Wipro directly infringes the ’622 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro’s Fashion Rental Solution, its components, and/or services containing the same that incorporate the fundamental technologies covered by the ’622 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

111. For example, Wipro infringes at least claim 1 of the ’622 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

112. The accused Wipro Fashion Rental Solution includes a computer-implemented method for communicating between an internal server system and an external warehouse system for a plurality of articles comprising each of the limitations of claim 1 of the ’622 patent:

**(A)** *Receiving, by the internal server system, an Inventory Snapshot Entity from the external warehouse system, the Inventory Snapshot Entity indicating a one or more unique article identifiers that are currently available in the external warehouse system for order dropping, wherein the one or more unique article identifiers corresponds to an article of the plurality of articles.* Wipro’s Fashion Rental Solution (the “internal server system”) utilizes one or more processors to receive stock position updates from third-party logistics (3PL) databases or external warehouse management systems (the “external warehouse systems”) operated by partners or distributors over secure networks. This data is programmatically received as a structured Inventory Snapshot Entity (or inventory

availability dataset) via SAP BTP OData/REST APIs and integration gateways. This snapshot indicates the specific, unique articles (i.e., wearable items or garments) currently available in the warehouse and ready for order dropping, with each garment tracked individually via its generated unique QR code, which serves as the unique article identifier.

**(B)** *In response to the receiving, selecting, by the internal server system, the one or more unique article identifiers from the Inventory Snapshot Entity to be included in an Order Entity, the Order Entity including the one or more unique article identifiers and a corresponding unique article identifier information for each of the one or more unique article identifiers, the corresponding unique article identifier information including an external warehouse unique identifier.* In response to receiving the inventory snapshot, when a user completes a rental subscription checkout on the storefront, Wipro's FRS selects the unique available garment identifiers (QR codes) from a synchronized BTP cache. The platform's allocation services package this selection into a structured customer sales order payload—serving as the claimed Order Entity—within the SAP S/4HANA ERP core. This Order Entity maps the unique customer account ID to the selected garment QR code and its corresponding SKU or EAN catalog reference (the external warehouse unique identifier).

**(C)** *Dropping, by the internal server system, the Order Entity to the external warehouse system, the external warehouse system selecting and preparing each article corresponding to the external warehouse unique identifier in the Order Entity for shipment.* Wipro's FRS programmatically transmits ("drops") the compiled S/4HANA Order Entity payload via OData transactional integrations or REST APIs directly over the network to the external warehouse's management system. Dropping this Order Entity triggers retrieval, packing,

and preparing the apparel item corresponding to the unique SKU/QR code for physical shipment to the customer's physical shipping address.

**(D)** *Receiving, by the internal server system, a Return Entity from the external warehouse system indicating that the external warehouse system received the article, the Return Entity including the one or more unique article identifiers corresponding to at least one article and an external warehouse unique return identifier.* When an apparel item is shipped back and received at the external warehouse, the physical garment is scanned at the point of return. Scanning the article's (i.e., the garment's) unique QR code triggers the generation of a return confirmation receipt payload—serving as the claimed Return Entity—which is transmitted back to Wipro's FRS over the network, containing the scanned garment QR code and a unique return transaction tracking number (the external warehouse unique return identifier).

**(E)** *In response to receiving the Return Entity, updating, by the internal server system, one or more article databases to indicate receiving one or more articles corresponding to the one or more unique article identifiers.* In response to receiving the Return Entity payload from the third-party warehouse, Wipro's FRS triggers background APIs to perform parallel writes to its database environments. Specifically, the system updates transactional tables inside the core SAP S/4HANA ERP (running on the transactional SAP HANA database engine) to log the garment's return, adjust stock-on-hand balances, and post financial/accounting general ledger entries, immediately restocking the article and making it visible in the next inventory snapshot.

113. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has had knowledge of the '622 patent.

114. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the ’622 patent by Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

115. Upon and since the date of service of Stratopatent’s Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro’s Fashion Rental Solution (“FRS”) to directly infringe one or more claims of the ’622 patent. Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro’s marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

**(A) Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro’s technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS “Base Package” containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and specialized REST APIs (such as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, Wipro, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ and https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to detect and

log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

**(D) Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

116. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has also contributorily infringed, and continues to contributorily infringe, one or more claims of the '622 patent under 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro's Fashion Rental Solution (FRS). *See Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 26, 2026) (detailing "Plans and pricing" packages). These components—which include specialized custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the '622 patent.

117. These software components are especially made and/or especially adapted for use in an infringement of the '622 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro's FRS is designed and marketed exclusively to

execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the ’622 patent.

118. Defendant Wipro has had actual knowledge of the ’622 patent and that its FRS components are especially made or adapted for use in an infringement of the ’622 patent since at least the filing and service of this Complaint. Despite this knowledge, Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the ’622 patent by running and hosting the Wipro Fashion Rental Solution.

119. Upon and since the date of service of Stratopatent’s Complaint for Patent Infringement, despite having knowledge of the ’622 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’622 patent, Wipro has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Wipro’s activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

120. Plaintiff Stratopatent has been damaged as a result of Wipro’s infringing conduct described in this Count. Defendant Wipro is liable to Stratopatent in an amount that adequately compensates Stratopatent for Wipro’s infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT VI
## (INFRINGEMENT OF U.S. PATENT NO. 11,307,149)

121. Plaintiff incorporates paragraphs 1 through 120 herein by reference.

122. Plaintiff is the owner of all right, title, and interest in and to U.S. Patent No. 11,307,149 (the "'149 patent"), entitled "SYSTEMS AND METHODS FOR INSPECTION AND DEFECT DETECTION." The '149 patent was duly and legally issued by the United States Patent and Trademark Office in full compliance with Title 35 of the United States Code.

123. Defendant Wipro (i.e., Wipro Limited and Wipro Inc.) has and continues to directly and/or indirectly infringe (by inducing infringement and/or contributing to infringement) one or more claims of the '149 patent in this District and elsewhere in Texas and the United States.

124. On information and belief, Defendant Wipro designs, develops, tests, uses, markets, distributes, offers to sell, sells, and/or deploys the accused Wipro's Fashion Rental Solution ("FRS"), its components, integration modules, portals, and database services that infringe the '149 patent, including via the activities of Wipro and its subsidiaries, strategic business units, and related entities.

125. Defendant Wipro directly infringes the '149 patent via 35 U.S.C. § 271(a) by making, using (including via testing), offering for sale, selling, and/or importing the accused Wipro's Fashion Rental Solution, its components, and/or services containing the same that incorporate the fundamental technologies covered by the '149 patent, for example, to or for itself, its business partners (such as SAP), its retailers, and/or consumers.

126. For example, Wipro infringes at least claim 1 of the '149 patent via the Wipro Fashion Rental Solution, which is designed for retail and fashion organizations to launch online designer rental models and dynamically manage data associated with the digitally enacted rental of wearable items.

127. The accused Wipro Fashion Rental Solution includes a method of inspecting and detecting whether a defect exists in a wearable article distributed through a system for providing wearable articles as a service comprising each of the limitations of claim 1 of the ’149 patent:

**(A)** *Maintaining one or more databases of the system for providing wearable articles as a service for distributing one or more wearable articles to one or more users of the one or more wearable articles on a temporary basis, the one or more databases comprising one or more characteristics of the one or more wearable articles and an inspection history of each of the one or more wearable articles.* FRS utilizes one or more processors to maintain one or more databases (specifically integrating with core SAP S/4HANA databases running on the transactional SAP HANA database engine) that store characteristics of the garments (such as descriptions, sizing, styles, and colors) and track their inspection history. This database architecture tracks and records the physical condition and pre- and post-rental quality states of individual physical garments over their multi-rental lifecycle.

**(B)** *Receiving a wearable article being returned from a user of the wearable article following the user’s temporary use or possession of the wearable article.* FRS manages the physical return of apparel items by customers at the end of their subscription rental or borrowing period. Wipro FRS hosts a retail return portal that automates and manages this inbound logistics process.

**(C)** *Inspecting a surface of the received wearable article using a visual inspection process and/or a defect inspection tool that indicates whether a physical defect exists in the surface of the received wearable article.* FRS performs automated, digital quality checks on the surface of the returned garments. The platform utilizes SAP Business Technology Platform (BTP) Machine Learning image analysis models, providing the claimed “defect

inspection tool" and executing a "visual inspection process," to analyze photographs or video recordings taken of returned garments and detect surface defects such as stains, tears, and fabric wear.

**(D)** *Accessing an electronic record associated with the received wearable article in the one or more databases by reading a label or identifier affixed to the received wearable article.* FRS accesses the electronic record of the returned garment in the databases by reading a QR code that is affixed to the wearable item. Specifically, stores and/or warehouses scan a generated unique QR code label affixed to each rental garment. Scanning this affixed QR code queries and accesses the specific garment's electronic transaction and inventory record in the core SAP databases.

**(E)** *Updating the electronic record in the one or more databases of the system for providing wearable articles as a service with a result of the visual inspection process and/or information regarding whether a physical defect exists in the wearable article.* FRS updates S/4HANA database tables with the results of the visual quality checks and QR scans. The system logs whether the garment passed inspection, records any identified physical defects, and executes backend accounting postings and damage fee billing if damage is detected.

**(F)** *Routing the received wearable article for a secondary inspection, additional processing, or putaway staging or transfer to inventory based on the result of the visual inspection process and/or information regarding whether a physical defect exists in the wearable article.* Based on the results of the visual inspection and defect detection process, Wipro's platform routes the returned garment. Items that pass inspection are routed for "putaway staging" to return them to active storefront inventory. Conversely, if defects are detected,

the system routes the garment for "additional processing," which Wipro's documentation explicitly designates as the automated "Refurbishment" processing stream.

128. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has had knowledge of the '149 patent.

129. Plaintiff has complied with all requirements of 35 U.S.C. § 287 relating to its assertion of infringement of the '149 patent by Wipro. Specifically, Plaintiff does not make any products subject to the marking requirement of 35 U.S.C. § 287.

130. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant has actively induced, under 35 U.S.C. § 271(b), business partners, retailers, designers, and consumers who use Wipro's Fashion Rental Solution ("FRS") to directly infringe one or more claims of the '149 patent. Wipro intends to cause, and has taken affirmative and purposeful steps to induce, infringement by others with knowledge (or willful blindness to the fact) that the induced acts constitute patent infringement. Specifically, as shown in Wipro's marketing, award submissions, and official technical specifications, Wipro contributorily enables and actively induces direct infringement by:

**(A) Distributing Technical Codebases and Deployment Packages:** As detailed in Wipro's technical FRS specifications and customer-facing deployment guides (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html and https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro distributes a standardized FRS "Base Package" containing pre-packaged software, including custom build packs for the SAP Business Technology Platform (BTP), transport configuration (OData) files, GIT directories for SAP Commerce Cloud, and specialized REST APIs (such

as those for Machine Learning-driven decision support). This technical package instructs and enables retailers to build, deploy, and operate the infringing virtual closets and administrative portals.

(B) **Providing Hands-On Installation and Support:** As documented in Wipro's official FRS commercial terms (available at https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html), Wipro markets and provides a dedicated "10 working day support during installation" service. Through this service, Wipro's technical and consulting engineers (including personnel operating out of Wipro's local Texas Technology Center in Plano) directly assist, guide, and troubleshoot customers in setting up, configuring, and testing the database endpoints, microservices, and SAP BTP components that execute the patented methods. *See*, *e.g.*, *Wipro launches Texas Technology Center in Plano*, Wipro, https://www.wipro.com/newsroom/press-releases/2018/wipro-launches-texas-technology-center-in-plano/ (visited Aug. 26, 2026) ("The Texas Technology Center is focused on developing niche capabilities in new and emerging technologies for Wipro's clients, which include some of the nation's most innovative companies.").

(C) **Providing Instructional Demonstrations and Materials:** As demonstrated in Wipro's promotional and educational materials, including its contributions to the SAP "Automate to Win" technical series (available at https://community.sap.com/t5/technology-blog-posts-by-sap/automate-to-win-get-hands-on-with-sap-process-automation/ba-p/13544317) and its product literature (available at https://www.wipro.com/applications/wipros-fashion-rental-solution-with-sap-business-technology-platform/ and https://www.forbes.com/sites/sap/2021/07/07/wipro-enables-retailers-to-recycle-through-fashion-rental/), Wipro publishes and distributes instructional

materials and video tutorials explaining and promoting the exact infringing workflows. This includes instructing downstream users on how to use automated return logging ("easy store returns"), manage virtual closets, and utilize Artificial Intelligence (AI) to detect and log garment damage. *See Wipro's Sustainable Fashion Rental Solution*, SAP Insider, https://sapinsider.org/blogs/wipros-sustainable-rental-solution (visited Aug. 26, 2026).

**(D) Guiding Integration with Core Enterprise Systems:** As described in Wipro's product architecture guides (available at https://www.wipro.com/content/dam/nexus/en/service-lines/applications/solutions/wipros-fashion-rental-solution.pdf), Wipro instructs and guides customers to connect the FRS platform directly to core enterprise databases like SAP S/4HANA and SAP Commerce Cloud. This specific integration is what enables the backend microservices (e.g., inventory allocation, garment allocation, and automatic fulfillment) to trigger physical shipments in response to user portal requests.

131. Upon and since the date of service of Stratopatent's Complaint for Patent Infringement, Defendant Wipro has also contributorily infringed, and continues to contributorily infringe, one or more claims of the '149 patent under 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States the software components, configuration files, and deployment packages of Wipro's Fashion Rental Solution (FRS). *See Create new revenue streams and embrace a sustainable & circular-economy business*, SAP, https://www.sap.com/uk/products/erp/partners/wipro-limited-fashion-rental.html (visited Aug. 26, 2026) (detailing "Plans and pricing" packages). These components—which include specialized custom build packs for the SAP Business Technology Platform (BTP), transport files, REST APIs, and GIT directories specifically mapped to SAP Commerce Cloud—constitute a material part of the patented combination and process of the '149 patent.

132. These software components are especially made and/or especially adapted for use in an infringement of the ’149 patent, and are not staple articles of commerce or commodities suitable for substantial non-infringing use. Wipro’s FRS is designed and marketed exclusively to execute subscription-based clothing rental and transaction operations, and its core backend modules have no commercial utility or substantial non-infringing use other than to practice the patented methods and combinations of the ’149 patent.

133. Defendant Wipro has had actual knowledge of the ’149 patent and that its FRS components are especially made or adapted for use in an infringement of the ’149 patent since at least the filing and service of this Complaint. Despite this knowledge, Wipro continues to sell, offer to sell, import, and license these infringing software packages to downstream retail and designer customers, who directly practice the claims of the ’149 patent by running and hosting the Wipro Fashion Rental Solution.

134. Upon and since the date of service of Stratopatent’s Complaint for Patent Infringement, despite having knowledge of the ’149 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’149 patent, Wipro has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Wipro’s activities have been and continue to be willful, wanton, in bad-faith, deliberate, consciously wrongful, and an egregious case of misconduct beyond typical infringement, such that Plaintiff is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

135. Plaintiff Stratopatent has been damaged as a result of Wipro’s infringing conduct described in this Count. Defendant Wipro is liable to Stratopatent in an amount that adequately

compensates Stratopatent for Wipro's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

136. Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

WHEREFORE, Stratopatent prays for relief against Defendants as follows:

a. entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of each of the Asserted Patents;

b. a full accounting for and an award of damages to Stratopatent for Defendants' infringement of the Asserted Patents, but in no event less than a reasonable royalty, including enhanced damages pursuant to 35 U.S.C. § 284, together with pre- and post-judgment interest;

c. entry of judgment declaring that this case is exceptional and awarding Stratopatent its costs and reasonable attorney fees under 35 U.S.C. § 285; and

d. such other and further relief as the Court deems just and proper.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Terry A. Saad*

Terry A. Saad (lead attorney)
Texas Bar No. 24066015
E-mail: tsaad@bosfirm.com
Jeffrey R. Bragalone
Texas Bar No. 02855775
E-mail: jbragalone@bosfirm.com
Marcus Benavides
Texas Bar No. 24035574
E-mail: mbenavides@bosfirm.com
Brandon V. Zuniga
Texas Bar no. 24088720
E-mail: bzuniga@bosfirm.com

**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone: (214) 785-6670
Facsimile: (214) 785-6680

**ATTORNEYS FOR PLAINTIFF STRATOPATENT LLC**