**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATOPATENT LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:26-cv-00803 |
| | § | JURY TRIAL DEMANDED |
| WIPRO LIMITED AND WIPRO INC., | § | |
| Defendant. | § | |

**<u>SUMMONS IN A CIVL ACTION</u>**

To: *(Defendant's name and address)*

Wipro Inc.
c/o C T Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a) (2) of (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terry A. Saad
BRAGALONE OLEJKO SAAD PC
901 Main Street
Suite 3800
Dallas, Texas 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file you answer or motion with the court.

*CLERK OF THE COURT*

Date: **9/9/2026** David A. O'Toole

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ________________________________________

was received by me on *(date)* __________________________.

❒ I personally served the summons on the individual at *(place)* ____________________________

____________________________________ on *(date)* __________________; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

______________________________________, a person of suitable age and discretion who resides

there, on *(date)* ______________________, and mailed a copy to the individual's last know address; or

❒ I served the summons on *(name of individual)* ____________________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* ____________________

____________________________________ on *(date)* __________________; or

❒ I returned the summons unexecuted because ________________________________________; or

❒ Other *(specify)*:

My fees are $_____________ for travel and $___________ for services, for a total of $_____________.

I declare under penalty of perjury that this information is true.

Date: ________________________

____________________________________________
*Server's signature*

____________________________________________
*Printed name and title*

____________________________________________
*Server's address*

Additional information regarding attempted service, etc: